## JONES vs. LAWSON.

[SETTLEMENT OF INSOLVENT ESTATE IN PROBATE COURT.]

1. *Statute of limitations ; for what length of time suspended.*—The statute of limitations was suspended in this State from the 11th day of January, 1861, to the 21st day of September, 1865. (Re-affirming *Coleman v. Holmes*, at present term.)

APPEAL from the Probate Court of Perry.
Tried before Hon. B. S. WILLIAMS.

The facts appear from the opinion.

MOORE & LOCKETT, for appellant.
W. L. BRAGG, *contra*.

B. F. SAFFOLD, J.—In this case, the appellant filed for allowance in the probate court a promissory note against the insolvent estate of which the appellee was the administrator *de bonis non*. The note was due one day after date, and dated March 11th, 1862. It was filed November 23d, 1868. The sole error assigned is, that the court sustained the plea of the statute of limitations of six years.

The interval from the maturity of this note to the 21st of September, 1865, must be deducted from the time necessary to complete the bar of the statute.—*Coleman v. Holmes*, at present term. The court erred in sustaining the plea.

The judgment is reversed, and the cause remanded.